IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CONNIE CARLSON-BERRY,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-620-jdp

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Connie Carlson-Berry attorney fees in the amount of $5,100.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

---

| s/ V. Olmo, Deputy Clerk | 9/02/2016 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |